UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* MICHAEL BAWDUNIAK,<br>*ex rel.* FERNANDO VILLEGAS *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>BIOGEN IDEC, *et al.*,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*    Civil Action No. 12-cv-10601-IT<br>*                            14-cv-10420-IT<br>*<br>*<br>*<br>* |

ORDER

April 8, 2016

TALWANI, D.J.

In light of the Voluntary Dismissal of Action Pursuant to Civil Procedure 41(a)(i) [#108] by Plaintiff-Relators Fernando Villegas, Constantine Velentzas, and Javier Zambrano, Civil Action No. 14-cv-10420-IT is hereby severed from the court's administrative consolidation of cases. See Order [#34]. All further filings in Civil Action No. 14-cv-10420-IT should be filed in that case only.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge