UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* MICHAEL BAWDUNIAK,

               Plaintiff-Relator,

v.

BIOGEN IDEC INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:

Civil Action
No. 12-10601-IT

**JURY TRIAL DEMANDED**

**DEFENDANT BIOGEN INC.'S ANSWER AND**
**AFFIRMATIVE DEFENSES TO RELATOR'S THIRD AMENDED COMPLAINT**

      Defendant Biogen Inc. ("Biogen," formerly known as Biogen IDEC Inc.), by and

through its undersigned counsel, answers, in the numbered paragraphs below, the Third

Amended Complaint ("Complaint") of Relator Michael Bawduniak (the "Relator") upon

knowledge as to itself and its own actions, and upon information and belief as to all other

matters.  To the extent not explicitly admitted, Biogen denies all allegations in the Complaint.

Biogen is not responding to any section headings in the Complaint.  To the extent a response is

required, any allegations contained in the section headings in the Complaint are denied.

      1.     Biogen denies the allegations in paragraph 1.

      2.     Biogen denies the allegations in paragraph 2.

      3.     Biogen admits that there is no known cure for MS.  Biogen further admits

that MS causes symptoms ranging from mild to complete debilitation, and that

immunomodulating agents have been approved to treat MS.  Biogen denies the remaining

allegations in paragraph 3.

      4.     Biogen denies the allegations in paragraph 4.

5.      Biogen denies the allegations in paragraph 5.

6.      Biogen denies the allegations in paragraph 6.

7.      Biogen denies the allegations in paragraph 7.

8.      The allegations in the first and second sentences of paragraph 8 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in the first and second sentences of paragraph 8.  Biogen denies the remaining allegations in paragraph 8.

9.      Biogen denies the allegations in paragraph 9.

10.     Biogen denies the allegations in paragraph 10.

11.     Biogen denies the allegations in paragraph 11.

12.     Biogen denies the allegations in paragraph 12.

13.     Biogen denies the allegations in paragraph 13.

14.     Biogen denies the allegations in paragraph 14.

15.     Biogen denies the allegations in paragraph 15.

16.     Biogen denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, except admits that Relator Mr. Bawduniak is a former Biogen employee.

17.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and thus no answer to paragraph 17 is required.  To the extent that a response to paragraph 17 is required, Biogen denies the allegations in paragraph 17, except admits that Mr. Villegas is a former Biogen employee.

18.     Biogen admits the allegations in paragraph 18.

19.     The allegations in paragraph 19 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 19.

20.     The allegations in paragraph 20 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 20.

21.     The allegations in paragraph 21 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 21.

22.     The allegations in paragraph 22 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 22.

23.     Biogen denies the allegations in paragraph 23.

24.     The allegations in paragraph 24 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 24.  Biogen denies any characterization of the False Claims Act, 31 U.S.C. § 3729(a)(1)(A) ("FCA") cited in paragraph 24 to the extent that it is inconsistent with the statute.

25.     The allegations in paragraph 25 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 25.  Biogen denies any characterization of the FCA cited in paragraph 25 to the extent that it is inconsistent with the statute.

26.     The allegations in paragraph 26 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in

paragraph 26.  Biogen denies any characterization of the FCA cited in paragraph 26 to the extent that it is inconsistent with the statute.

27.     The allegations in paragraph 27 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 27.  Biogen denies any characterization of the FCA cited in paragraph 27 to the extent that it is inconsistent with the statute.

28.     The allegations in paragraph 28 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 28.  Biogen denies any characterization of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b) ("AKS") cited in paragraph 28 to the extent that it is inconsistent with the statute.

29.     The allegations in paragraph 29 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph.  Biogen denies any characterization of OIG Compliance Program Guidance for Pharmaceutical Manufacturers, 68 Fed. Reg. 23731 (May 3, 2003) ("Guidance") cited in paragraph 29 to the extent that it is inconsistent with the Guidance.

30.     The allegations in paragraph 30 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies having knowledge or information sufficient to form a belief as to the truth of the allegations in the first and second sentences of paragraph 30.  Biogen denies any characterization of the AKS, Stark Law or State laws to the extent that it is inconsistent with the laws.

31.     The allegations in paragraph 31 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31.  Biogen

denies any characterization of the AKS cited in paragraph 31 to the extent that it is inconsistent with the statute.

32.     The allegations in paragraph 32 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 32.  Biogen denies any characterization of the AKS cited in paragraph 32 to the extent that it is inconsistent with the statute.

33.     The allegations in paragraph 33 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies having knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33.  Biogen denies any characterization of the AKS cited in paragraph 33 to the extent that it is inconsistent with the statute.

34.     Biogen denies the characterization of MS in paragraph 34, except admits that MS is a chronic, autoimmune disease and that MS causes a person's immune system to attack myelin, which is a white fatty substance that protects a person's brain nerves.  Biogen further admits that the progress, severity and specific symptoms of MS can vary from one person to another and that symptoms can range from mild to severe.  Biogen denies the remaining allegations in paragraph 34.

35.     Biogen admits that MS is an autoimmune disease where the body's own defense system attacks myelin.  MS is a complicated disease, and Biogen lacks knowledge or foundation about the source and completeness of Relator's allegation.  Without further information, Biogen denies the remaining allegations in paragraph 35.

36.     Biogen admits that MS presents in a variety of courses including relapsing-remitting MS or primary-progressive MS.  MS is a complicated disease, and Biogen

lacks knowledge or foundation about the source and completeness of Relator's allegation. Without further information, Biogen denies the remaining allegations in paragraph 36.

37.     Biogen admits that there is no cure for MS and that the FDA has approved treatments for MS symptoms, including Avonex, Tysabri and Tecfidera.  Biogen denies the remaining allegations in paragraph 37.

38.     Biogen admits that there are patents that apply to Avonex, Tysabri and Tecfidera.  Biogen denies the remaining allegations in paragraph 38.

39.     Biogen denies the allegations in paragraph 39.

40.     Biogen admits that Avonex, Tysabri, and Tecfidera were all FDA approved treatments for MS as of 2013.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 40 and therefore denies these allegations.

41.     Biogen admits that Avonex was approved by the FDA in 1996 for the treatment of patients with relapsing forms of MS to slow the accumulation of physical disability and decrease the frequency of clinical exacerbations.  Biogen denies the remaining allegations in paragraph 41.

42.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42 and therefore denies the allegations.  Biogen refers to the FDA-approved Prescribing Information ("PI") for Avonex for a complete and accurate statement of its contents.

43.     Biogen admits the allegations in paragraph 43.

44.     Biogen admits that Tysabri was approved by the FDA in November 2004. Biogen refers to the FDA-approved PI for Tysabri for a complete and accurate statement of its contents.  Biogen denies the remaining allegations in paragraph 44.

45.     Biogen admits that Biogen voluntarily suspended the marketing and commercial distribution of Tysabri in 2005 to study the risk of PML and reintroduced Tysabri in 2006 under the TOUCH program.  Biogen denies the remaining allegations in paragraph 45.

46.     Biogen admits the allegations in paragraph 46.

47.     Biogen admits that it received FDA approval for Tecfidera in March 2013 and that Tecfidera had sales of $2.9 billion in 2014.  Biogen refers to the FDA-approved PI for Tecfidera for a complete and accurate statement of its contents.  Biogen denies the remaining allegations in paragraph 47.

48.     Biogen denies the allegations in paragraph 48.

49.     Biogen denies the allegations in paragraph 49.

50.     Biogen denies the allegations in paragraph 50.

51.     Biogen denies the allegations in paragraph 51.

52.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of paragraph 52 and therefore denies these allegations.  Biogen denies the remaining allegations in paragraph 52.

53.     Biogen denies the allegations in paragraph 53.

54.     Biogen denies the allegations in paragraph 54.

55.     Biogen denies the allegations in paragraph 55.

56.     Biogen denies the allegations in paragraph 56.

57.     Biogen denies the allegations in paragraph 57.

58.     Biogen denies the allegations in paragraph 58.

59.     Biogen denies the allegations in paragraph 59.

60.     Biogen admits that Tony Kingsley is a former Biogen employee who left Biogen in October 2015.  Biogen denies the remaining allegations in paragraph 60.

61.     Biogen denies the allegations in paragraph 61.

62.     Biogen denies the allegations in paragraph 62.

63.     Biogen denies the characterization of the 2010 RSMM Strategic Plan cited in paragraph 63 to the extent that it is inconsistent with the Strategic Plan.  Biogen denies the remaining allegations in paragraph 63.

64.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 64 and therefore denies these allegations.

65.     Biogen denies the allegations in paragraph 65.

66.     Biogen denies the allegations in paragraph 66.

67.     Biogen denies the allegations in paragraph 67.

68.     Biogen denies the characterization of the communication cited in the second sentence of paragraph 68.  Biogen denies the remaining allegations in paragraph 68.

69.     Biogen denies the characterization of the annual national consultants' meetings.  Biogen denies the remaining allegations in paragraph 69.

70.     Biogen denies the characterization of the communications cited in the first sentence of paragraph 70.  Biogen denies the remaining allegations in paragraph 70.

71.     Biogen denies the allegations in paragraph 71.

72.     Biogen denies the characterization of the Consultant Meetings.  Biogen denies the remaining allegations in paragraph 72.

73.     Biogen denies the allegations in paragraph 73.

74.     Biogen denies the characterization of the communication cited in paragraph 74.  Biogen denies the remaining allegations in paragraph 74.

75.     Biogen denies the allegations in paragraph 75.

76.     Biogen denies the characterization of the communication cited in paragraph 76.  Biogen denies the remaining allegations in paragraph 76.

77.     Biogen denies the characterization of the communications cited in paragraph 77.  Biogen denies the remaining allegations in paragraph 77.

78.     Biogen denies the characterization of the communications cited in paragraph 78.  Biogen denies the remaining allegations in paragraph 78.

79.     Biogen denies the characterization of the communications cited in paragraph 79.  Biogen denies the remaining allegations in paragraph 79.

80.     Biogen denies the characterization of consultant meetings.  Biogen denies the remaining allegations in paragraph 80.

81.     Biogen denies the characterization of the "Top 50 At Risk MDs" spreadsheet cited in paragraph 81 to the extent that it is inconsistent with the spreadsheet.  Biogen denies the remaining allegations in paragraph 81.

82.     Biogen denies the characterization of the communications cited in paragraph 82.  Biogen denies the remaining allegations in paragraph 82.

83.     Biogen denies the characterization of the communication cited in the second sentence of paragraph 83.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 83 and therefore denies these allegations.

84.     Biogen denies the allegations in paragraph 84.

85.     Biogen denies the characterization of the compliance policies cited in the third sentence of paragraph 85.  Biogen denies the remaining allegations in paragraph 85.

86.     Biogen denies the allegations in paragraph 86.

87.     Biogen admits that Bawduniak was a Thought Leader Liaison in 2011 and left the company in 2012.  Biogen denies the remaining allegations in paragraph 87.

88.     Biogen denies the allegations in paragraph 88.

89.     Biogen admits that Art Enk and Deb Glasser were Biogen employees. Biogen denies the remaining allegations in paragraph 89.

90.     Biogen denies the allegations in paragraph 90.

91.     Biogen admits that Fernando Villegas began working for Biogen in 2011. By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 91.

92.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the characterization of the Needs Assessment Form in the second and third sentences of paragraph 92.  Biogen denies the remaining allegations in paragraph 92.

93.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 93.

94.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 94.

95.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 95.

96.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 96.

97.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the characterization of the Needs Assessment Forms.  Biogen denies the remaining allegations in paragraph 97.

98.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 98.

99.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the allegations in the first sentence of paragraph 99.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 99 and therefore denies these allegations.

100.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 100.

101.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 101.

102.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 102.

103.     Biogen denies the allegations in paragraph 103.

104.     Biogen denies the characterization of payments made to consultants. Biogen denies the remaining allegations in paragraph 104.

105.     Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 105 and therefore denies these allegations.

106.     Biogen denies the characterization of the Consultant Evaluations.  Biogen denies the remaining allegations in paragraph 106.

107.     Biogen denies the allegations in paragraph 107.

108.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the allegations in the first and second sentences in paragraph 108.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 108 and therefore denies these allegations.

109.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first and second sentences of paragraph 109 and therefore denies these allegations.  Biogen denies the allegations in the third sentence of paragraph 109.

110.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the characterization of the Needs Assessment Form.  Biogen denies the remaining allegations in paragraph 110.

111.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 111 and therefore denies these allegations.

112.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the characterization of consultant meetings.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 112 and therefore denies these allegations.

113.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the allegations in the second sentence of paragraph 113.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 113 and therefore denies these allegations.

114.    By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen admits that Tecfidera was launched in March 2013.  Biogen denies the remaining allegations in paragraph 114.

115.    By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the allegations in the first sentence of paragraph 115.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 115 and therefore denies these allegations.

116.    By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the remaining allegations in paragraph 116.

117.    Biogen denies the allegations in the first and second sentences of paragraph 117.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the third sentence of paragraph 117 and therefore denies these allegations.

118.    Biogen denies the characterization of its speaker program.  Biogen denies the remaining allegations in paragraph 118.

119.    The allegations in the first sentence of paragraph 119 constitute legal conclusions to which no response is required.  To the extent a response is required, Biogen denies the allegations in paragraph 119.  Biogen denies the remaining allegations in paragraph 119.

120.    Biogen denies the allegations in paragraph 120.

121.    Biogen denies the allegations in paragraph 121.

122.     Biogen denies the allegations in paragraph 122.

123.     Biogen denies the allegations in paragraph 123.

124.     Biogen denies the allegations in the first sentence of paragraph 124. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 124 and therefore denies these allegations.

125.     Biogen denies the characterization of its Patient Education Programs. Biogen denies the remaining allegations in paragraph 125.

126.     Biogen denies the allegations in paragraph 126.

127.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 127 and therefore denies these allegations.

128.     Biogen denies the allegations in paragraph 128.

129.     Biogen denies the characterization of Speaker Training.  Biogen denies the remaining allegations in paragraph 129.

130.     Biogen denies the allegations in paragraph 130.

131.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 131 and therefore denies these allegations.

132.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 132 and therefore denies these allegations.

133.     By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the allegations in the first, second, third, and fifth sentences of paragraph 133.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 133 and therefore denies these allegations.

134.    Biogen denies the allegations in the second, fifth, eighth and ninth sentences of paragraph 134.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 134 and therefore denies these allegations.

135.    Biogen denies the characterization of speaker programs.  Biogen denies the remaining allegations in paragraph 135.

136.    Biogen denies the characterization of the Expert on Demand program.  Biogen denies the remaining allegations in paragraph 136.

137.    By orders of the Court dated February 6, 2018 and April 27, 2018, the Court dismissed Mr. Villegas and he is no longer a Relator in this matter.  Biogen denies the characterization of the speaker meeting and the Compliance Department's review of those meetings in the fourth sentence of paragraph 137.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 137 and therefore denies these allegations.

138.    Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 138 and therefore denies these allegations.

139.    Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 139 and therefore denies these allegations.

140.    Biogen denies the allegations in the second sentence of paragraph 140.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 140 and therefore denies these allegations.

141.     Biogen denies the second sentence of paragraph 141.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 141 and therefore denies these allegations.

142.     Biogen denies the allegations in paragraph 142.

143.     Biogen denies the allegations in paragraph 143.

144.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 144 and the corresponding chart and therefore denies these allegations.

145.     Biogen denies the allegations in paragraph 145.

146.     Biogen denies the allegations in the first and fourth sentences of paragraph 146.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 146 and therefore denies these allegations.

147.     Biogen denies the allegations in the first sentence of paragraph 147. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 147 and the corresponding chart and therefore denies these allegations.

148.     Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 148 and therefore denies these allegations.  Biogen denies the remaining allegations in paragraph 148.

149.     Biogen denies the allegations in the third, fourth, fifth, and sixth sentences of paragraph 149.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 149 and therefore denies these allegations.

150.    Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 150 and therefore denies these allegations.

151.    Biogen denies the allegations in the first sentence of paragraph 151. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 151 and therefore denies these allegations.

152.    Biogen denies the allegations in paragraph 152.

153.    Biogen denies the allegations in the first sentence of paragraph 153. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 153 and therefore denies these allegations.

154.    Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 154 and therefore denies these allegations.

155.    Because the allegations in paragraph 155 refer to entities other than Biogen, Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 155 and therefore denies these allegations.

156.    Because the allegations in paragraph 156 refer to entities other than Biogen, Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 156 and therefore denies these allegations.

157.    Because the allegations in the first, second, and third sentences of paragraph 157 refer to entities other than Biogen, Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first, second, and third sentences of paragraph 157 and therefore denies these allegations.  Biogen denies the remaining allegations in paragraph 157.

157.    Biogen denies the allegations in paragraph 157.

158.    Biogen denies the characterization of its payments to the Jacobs Institute. Biogen denies the remaining allegations in paragraph 158.

159.    Biogen admits the allegations in the first sentence of paragraph 159. Biogen denies the allegations in the third sentence of paragraph 159. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 159 and therefore denies these allegations.

160.    Biogen denies the allegations in paragraph 160.

161.    Biogen denies the allegations in paragraph 161.

162.    Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 162 and therefore denies these allegations.

163.    Biogen denies the allegations in the first sentence of paragraph 163. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 163 and therefore denies these allegations.

164.    Biogen denies the allegations in the first and second sentences of paragraph 164. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 164 and therefore denies these allegations.

165.    Biogen denies the allegations in the first sentence of paragraph 165. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 165 and therefore denies these allegations.

166.    Biogen denies the allegations in the first sentence of paragraph 166. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 166 and therefore denies these allegations.

167.    Biogen denies the allegations in paragraph 167.

168.   Biogen admits that Tysabri infusions are covered for Medicare patients under Medicare Part D, while Avonex injections are covered under Medicare Part B or Part D, and Tecfidera is covered under Medicare Part D.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 168 and therefore denies these allegations.

169.   Biogen admits that Medicaid pays for some Avonex, Tysabri and Tecfidera prescriptions.  Biogen further admits that Medicaid provides health coverage to non-elderly low-income non-disabled adults as well as low-income seniors and non-elderly people with disabilities.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 169 and therefore denies these allegations.

170.   Biogen admits the allegations in paragraph 170.

171.   Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 171 and therefore denies these allegations.

172.   Biogen denies the allegations in the third and fourth sentences of paragraph 172.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 172 and therefore denies these allegations.

173.   Biogen lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 173 and therefore denies these allegations.

174.   Biogen denies the allegations in paragraph 174.

175.   Biogen denies the allegations in the first, second, sixth, and seventh sentences of paragraph 175.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 175 and therefore denies these allegations.

176.    Biogen denies the allegations in the third and fifth sentences of paragraph 176.  Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 176 and therefore denies these allegations.

177.    Biogen denies the allegations in the fourth sentence of paragraph 177. Biogen lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 177 and therefore denies these allegations.

178.    Biogen denies the allegations in paragraph 178 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 178 and therefore denies these allegations.

179.    Biogen denies the allegations in paragraph 179 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 179 and therefore denies these allegations.

180.    Biogen denies the allegations in paragraph 180 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 180 and therefore denies these allegations.

181.    Biogen denies the allegations in paragraph 181 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 181 and therefore denies these allegations.

182.    Biogen denies the allegations in paragraph 182 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 182 and therefore denies these allegations.

183.    Biogen denies the allegations in paragraph 183 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 183 and therefore denies these allegations.

184.    Biogen denies the allegations in paragraph 184 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 184 and therefore denies these allegations.

185.    Biogen denies the allegations in paragraph 185 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 185 and therefore denies these allegations.

186.    Biogen denies the allegations in paragraph 186 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 186 and therefore denies these allegations.

187.    Biogen denies the allegations in paragraph 187 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to

form a belief as to the truth of the remaining allegations in paragraph 187 and therefore denies these allegations.

188.    Biogen denies the allegations in paragraph 188 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 188 and therefore denies these allegations.

189.    Biogen denies the allegations in paragraph 189 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 189 and therefore denies these allegations.

190.    Biogen denies the allegations in paragraph 190 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 190 and therefore denies these allegations.

191.    Biogen denies the allegations in paragraph 191 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 191 and therefore denies these allegations.

192.    Biogen denies the allegations in paragraph 192 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 192 and therefore denies these allegations.

193.     Biogen denies the allegations in paragraph 193 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 193 and therefore denies these allegations.

194.     Biogen denies the allegations in paragraph 194 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 194 and therefore denies these allegations.

195.     Biogen denies the allegations in paragraph 195 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 195 and therefore denies these allegations.

196.     Biogen denies the allegations in paragraph 196 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 196 and therefore denies these allegations.

197.     Biogen denies the allegations in paragraph 197 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 197 and therefore denies these allegations.

198.     Biogen denies the allegations in paragraph 198 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to

form a belief as to the truth of the remaining allegations in paragraph 198 and therefore denies these allegations.

199.    Biogen denies the allegations in paragraph 199 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 199 and therefore denies these allegations.

200.    Biogen denies the allegations in paragraph 200 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 200 and therefore denies these allegations.

201.    Biogen denies the allegations in paragraph 201 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 201 and therefore denies these allegations.

202.    Biogen denies the allegations in paragraph 202 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 202 and therefore denies these allegations.

203.    Biogen denies the allegations in paragraph 203 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 203 and therefore denies these allegations.

204.     Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 204 and therefore denies these allegations.

205.     Biogen denies the allegations in paragraph 205 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 205 and therefore denies these allegations.

206.     Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 206 and therefore denies these allegations.

207.     Biogen denies the allegations in paragraph 207 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 207 and therefore denies these allegations.

208.     Biogen denies the allegations in paragraph 208 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 208 and therefore denies these allegations.

209.     Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 209 and therefore denies these allegations.

210.     Biogen denies the allegations in paragraph 210 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 210 and therefore denies these allegations.

211.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 211 and therefore denies these allegations.

212.    Biogen denies the allegations in paragraph 212 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 212 and therefore denies these allegations.

213.    Biogen denies the allegations in paragraph 213 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 213 and therefore denies these allegations.

214.    Biogen denies the allegations in paragraph 214 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 214 and therefore denies these allegations.

215.    Biogen denies the allegations in paragraph 215 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 215 and therefore denies these allegations.

216.    Biogen denies the allegations in paragraph 216 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 216 and therefore denies these allegations.

217.    Biogen denies the allegations in paragraph 217 to the extent that they allege that Biogen paid kickbacks to HCPs.  Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the remaining allegations in paragraph 217 and therefore denies these allegations.

218.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 218 and therefore denies these allegations.

219.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 219 and therefore denies these allegations.

220.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 220 and therefore denies these allegations.

221.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 221 and therefore denies these allegations.

222.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 222 and therefore denies these allegations.

223.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 223 and therefore denies these allegations.

224.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 224 and therefore denies these allegations.

225.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 225 and therefore denies these allegations.

226.    Biogen lacks sufficient knowledge at this time to form a belief as to the truth of the allegations in paragraph 226 and therefore denies these allegations.

227.    The allegations in paragraph 227 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 227.

228.    Biogen repeats and realleges its answers and averments to paragraphs 1-227 as if fully set forth herein.

229.    The allegations in paragraph 229 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 229.

230.    The allegations in paragraph 230 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 230.

231.    The allegations in paragraph 231 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 231.

232.    The allegations in paragraph 232 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 232.

233.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 233 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 233.

234.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 234 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 234.

235.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 235 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 235.

236.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 236 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 236.

237.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 237 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 237.

238.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 238 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 238.

239.    Biogen repeats and realleges its answers and averments to paragraphs 1-238 as if fully set forth herein.

240.    The allegations in paragraph 240 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 240.

241.    The allegations in paragraph 241 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 241.

242.    The allegations in paragraph 242 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 242.

243.    The allegations in paragraph 243 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 243.

244.    The allegations in paragraph 244 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 244.

245.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 245 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 245.

246.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 246 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 246.

247.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018  and that no answer to paragraph 247 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 247.

248.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 248 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 248.

249.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 249 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 249.

250.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 250 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 250.

251.     Biogen repeats and realleges its answers and averments to paragraphs 1-250 as if fully set forth herein.

252.     The allegations in paragraph 252 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 252.

253.     The allegations in paragraph 253 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 253.

254.     The allegations in paragraph 254 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 254.

255.     The allegations in paragraph 255 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 255.

256.     The allegations in paragraph 256 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 256.

257.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 257 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 257.

258.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 258 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 258.

259.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 259 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 259.

260.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 260 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 260.

261.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 261 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 261.

262.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 262 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 262.

263.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 263 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 263.

264.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 264 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 264.

265.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 265 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 265.

266.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 266 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 266.

267.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 267 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 267.

268.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 268 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 268.

269.     Biogen repeats and realleges its answers and averments to paragraphs 1-268 as if fully set forth herein.

270.     The allegations in paragraph 270 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 270.

271.     The allegations in paragraph 271 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 271.

272.     The allegations in paragraph 272 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 272.

273.     The allegations in paragraph 273 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 273.

274.     The allegations in paragraph 274 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 274.

275.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 275 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 275.

276.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 276 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 276.

277.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 277 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 277.

278.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 278 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 278.

279.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 279 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 279.

280.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 280 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 280.

281.     Biogen repeats and realleges its answers and averments to paragraphs 1-280 as if fully set forth herein.

282.     The allegations in paragraph 282 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 282.

283.     The allegations in paragraph 283 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 283.

284.     The allegations in paragraph 284 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 284.

285.     The allegations in paragraph 285 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 285.

286.     The allegations in paragraph 286 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 286.

287.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 287 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 287.

288.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 288 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 288.

289.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 289 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 289.

290.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 290 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 290.

291.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 291 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 291.

292.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 292 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 292.

293.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 293 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 293.

294.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 294 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 294.

295.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 295 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 295.

296.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 296 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 296.

297.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 297 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 297.

298.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 298 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 298.

299.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 299 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 299.

300.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 300 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 300.

301.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 301 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 301.

302.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 302 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 302.

303.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 303 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 303.

304.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 304 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 304.

305.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 305 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 305.

306.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 306 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 306.

307.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 307 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 307.

308.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 308 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 308.

309.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 309 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 309.

310.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 310 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 310.

311.    Biogen repeats and realleges its answers and averments to paragraphs 1-310 as if fully set forth herein.

312.    The allegations in paragraph 312 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 312.

313.    The allegations in paragraph 313 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 313.

314.    The allegations in paragraph 314 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 314.

315.    The allegations in paragraph 315 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 315.

316.    The allegations in paragraph 316 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 316.

317.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 317 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 317.

318.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 318 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 318.

319.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 319 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 319.

320.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 320 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 320.

321.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 321 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 321.

322.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 322 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 322.

323.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 323 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 323.

324.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 324 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 324.

325.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 325 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 325.

326.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 326 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 326.

327.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 327 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 327.

328.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 328 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 328.

329.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 329 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 329.

330.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 330 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 330.

331.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 331 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 331.

332.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 332 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 332.

333.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 333 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 333.

334.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 334 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 334.

335.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 335 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 335.

336.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 336 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 336.

337.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 337 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 337.

338.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 338 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 338.

339.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 339 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 339.

340.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 340 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 340.

341.    Biogen repeats and realleges its answers and averments to paragraphs 1-340 as if fully set forth herein.

342.    The allegations in paragraph 342 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 342.

343.    The allegations in paragraph 343 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies  the allegations in paragraph 343.

344.    The allegations in paragraph 344 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 344.

345.    The allegations in paragraph 345 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 345.

346.    The allegations in paragraph 346 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 346.

347.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 347 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 347.

348.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 348 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 348.

349.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 349 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 349.

350.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 350 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 350.

351.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 351 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 351.

352.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 352 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 352.

353.    Biogen repeats and realleges its answers and averments to paragraphs 1- 352 as if fully set forth herein.

354.     The allegations in paragraph 354 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 354.

355.     The allegations in paragraph 355 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 355.

356.     The allegations in paragraph 356 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 356.

357.     The allegations in paragraph 357 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 357.

358.     The allegations in paragraph 358 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 358.

359.     Biogen repeats and realleges its answers and averments to paragraphs 1-358 as if fully set forth herein.

360.     The allegations in paragraph 360 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 360.

361.     The allegations in paragraph 361 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 361.

362.    The allegations in paragraph 362 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 362.

363.    The allegations in paragraph 363 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 363.

364.    The allegations in paragraph 364 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 364.

365.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 365 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 365.

366.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 366 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 366.

367.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 367 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 367.

368.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 368 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 368.

369.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 369 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 369.

370.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 370 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 370.

371.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 371 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 371.

372.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 372 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 372.

373.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 373 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 373.

374.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 374 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 374.

375.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 375 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 375.

376.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 376 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 376.

377.     Biogen repeats and realleges its answers and averments to paragraphs 1-376 as if fully set forth herein.

378.     The allegations in paragraph 378 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 378.

379.     The allegations in paragraph 379 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 379.

380.     The allegations in paragraph 380 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 380.

381.     The allegations in paragraph 381 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 381.

382.     The allegations in paragraph 382 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 382.

383.     Biogen repeats and realleges its answers and averments to paragraphs 1-382 as if fully set forth herein.

384.    The allegations in paragraph 384 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 384.

385.    The allegations in paragraph 385 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 385.

386.    The allegations in paragraph 386 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 386.

387.    The allegations in paragraph 387 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 387.

388.    The allegations in paragraph 388 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 388.

389.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 389 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 389.

390.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 390 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 390.

391.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 391 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 391.

392.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 392 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 392.

393.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 393 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 393.

394.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 394 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 394.

395.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 395 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 395.

396.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 396 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 396.

397.     Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 397 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 397.

398.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 398 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 398.

399.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 399 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 399.

400.    Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 400 is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 400.

401.    Biogen repeats and realleges its answers and averments to paragraphs 1-400 as if fully set forth herein.

402.    The allegations in paragraph 402 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 402.

403.    The allegations in paragraph 403 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 403.

404.    The allegations in paragraph 404 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 404.

405.    The allegations in paragraph 405 constitute legal conclusions to which no response is required.  To the extent that a response is required, Biogen denies the allegations in paragraph 405.

406. The allegations in paragraph 406 constitute legal conclusions to which no response is required. To the extent that a response is required, Biogen denies the allegations in paragraph 406.

407. Biogen repeats and realleges its answers and averments to paragraphs 1-406 as if fully set forth herein.

408. Biogen avers that this count was dismissed by the Court's order dated April 27, 2018 and that no answer to paragraph 408 is required. To the extent that a response is required, Biogen denies the allegations in paragraph 408.

409. Biogen denies the WHEREFORE Paragraph following Paragraph 408 of the Complaint and denies that plaintiffs, United States of America; State of California; State of Colorado; State of Connecticut; State of Delaware; District of Columbia; State of Florida; State of Georgia; State of Hawaii; State of Illinois; State of Indiana; State of Iowa; State of Louisiana; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Montana; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oklahoma; State of Rhode Island; State of Tennessee; State of Texas; Commonwealth of Virginia; State of Washington, and State of Wisconsin through Relator, are entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Biogen sets forth below its affirmative defenses. Each defense is asserted as to all claims against Biogen. By setting forth these affirmative defenses, Biogen does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Relator. Nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to Relator's allegations.

## FIRST AFFIRMATIVE DEFENSE

Each claim in the Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Amended Complaint and each purported cause of action set forth therein fails to comply with Fed. R. Civ. P. 9(b) in that the allegations are not stated with particularity.

## THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over some or all of the allegations made by Plaintiff under the False Claims Act pursuant to 31 U.S.C. § 3730(e)(4) because (1) the claims, allegations, and transactions described in the Amended Complaint were "publicly disclosed" prior to the filing and/or unsealing of the lawsuit and (2) Plaintiff is not an "original source" of the information as defined by 31 U.S.C. § 3730(e)(4)(A), (B).

## FOURTH AFFIRMATIVE DEFENSE

Relator's claims fail because Biogen's alleged conduct did not violate the False Claims Act, 31 U.S.C. §§ 3729 - 3733, or the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b.

## FIFTH AFFIRMATIVE DEFENSE

Relator's claims are barred, in whole or in part, to the extent that they seek to impose on Defendants obligations that are inconsistent with, or in excess of, those imposed by existing law and regulation in effect during the time period of the conduct alleged in the Amended Complaint.

## <u>SIXTH AFFIRMATIVE DEFENSE</u>

Relator's claims are barred because any claims or statements that were allegedly intended, made, or caused to be made by Biogen were not false or fraudulent for purposes of the False Claims Act.

## <u>SEVENTH AFFIRMATIVE DEFENSE</u>

Relator's claims are barred because Biogen did not cause and could not have caused the submission of any claim or statement that was false or fraudulent for purposes of the False Claims Act.  The formulation and submission of any claims or statement, and any damages alleged by the Relator, if any, are the result of acts or omissions committed by third persons, including agents of the government, over whom Biogen had neither control nor responsibility, and whose actions cannot be imputed to Biogen.

## <u>EIGHTH AFFIRMATIVE DEFENSE</u>

Relator's claims against Biogen are barred, in whole or in part, because Biogen did not act knowingly, willfully, intentionally or recklessly.

## <u>NINTH AFFIRMATIVE DEFENSE</u>

Relator's claims are barred because any actions taken by Biogen with respect to the subject matters alleged in the Amended Complaint were undertaken in good faith, and constitute lawful, proper, justified, and/or privileged conduct in accordance with the governing statutes and regulations.

## TENTH AFFIRMATIVE DEFENSE

Relator's claims against Biogen are barred because Biogen's conduct was not and would not be material to any alleged payment or receipt of money or property in connection with any alleged false or fraudulent claim or statement.

## ELEVENTH AFFIRMATIVE DEFENSE

To the extent that Relator's claims are based on the Anti-Kickback Statute, the alleged behavior falls within the "safe harbor" provisions and regulations of that Statute.

## TWELFTH AFFIRMATIVE DEFENSE

Biogen is entitled to an offset for all amounts the United States has received for any alleged losses which gave rise to this lawsuit.

## THIRTEENTH AFFIRMATIVE DEFENSE

Relator's claims are barred, in whole or in part, to the extent that the United States was fully informed of and approved any intended or actual payments at issue.

## FOURTEENTH AFFIRMATIVE DEFENSE

Relator's claims are barred, in whole or in part, to the extent that the truth of some or all of the matters now alleged to be the subject of any intended or actual false or misleading statements, acts, or omissions was available or disclosed to the United States, was publicly disclosed, or was in the public domain.

## FIFTEENTH AFFIRMATIVE DEFENSE

Relator's claims are barred, in whole or in part, by the applicable statutes of limitations and repose.

## SIXTEENTH AFFIRMATIVE DEFENSE

Relator's claims are barred under such equitable doctrines as the evidence demonstrates, including but not limited to the doctrines of estoppel, unclean hands, laches, and waiver.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Any award of statutory or punitive damages and/or penalties in excess of any actual damages suffered by the United States violates the Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution.

## EIGHTEENTH AFFIRMATIVE DEFENSE

To the extent the Relator or the United States obtain, or are barred from, recovery in any other case predicated on the same factual allegations, they are barred from seeking recovery against Biogen pursuant to the doctrines of claim preclusion and issue preclusion, the entire controversy doctrine, and the prohibitions on double recovery for the same injury.

## NINETEENTH AFFIRMATIVE DEFENSE

Relator's claims are barred, in whole or in part, because they violate Biogen's rights under the Due Process and Ex Post Facto clauses of the United States Constitution, insofar as they seek to impose liability retroactively for conduct that is not prohibited by federal statutes or regulations.

## RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES

Biogen hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during pretrial proceedings in this action and hereby reserves all rights to amend this Answer and all such defenses.

## JURY DEMAND

Biogen hereby requests a jury on all claims triable by jury.

WHEREFORE, Biogen respectfully requests that this Court:

(i)     enter judgment in favor of Biogen on all of Relator's claims and dismiss

the complaint with prejudice;

(ii)    award Biogen its costs, expenses and attorneys' fees for the defense of this

Complaint; and

(iii)   award Biogen such other relief as the Court deems just and proper.


Dated:  June 11, 2018                        Respectfully submitted,
        Boston, Massachusetts

                                             /s/ Michael K. Loucks
Joshua S. Levy (BBO #563017)                 Michael K. Loucks (BBO #305520)
Kirsten V. Mayer (BBO #641567)               Maya P. Florence (BBO #661628)
ROPES & GRAY LLP                             Abra C. Bron (BBO #677105)
Prudential Tower                             SKADDEN, ARPS, SLATE,
800 Boylston Street                            MEAGHER & FLOM LLP
Boston, Massachusetts 02199                  500 Boylston Street
(617) 951-7000                               Boston, Massachusetts 02116
joshua.levy@ropesgray.com                    (617) 573-4800
kirsten.mayer@ropesgray.com                  michael.loucks@skadden.com
                                             maya.florence@skadden.com
                                             abra.bron@skadden.com

*Counsel for Defendant, Biogen Inc.*


## CERTIFICATE OF SERVICE

I, Michael K. Loucks, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 11, 2018.

Dated: June 11, 2018                         /s/ Michael K. Loucks
                                             Michael K. Loucks