UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA, *et al.*, :
*ex rel.* MICHAEL BAWDUNIAK,
                                        :
            Plaintiff-Relator,        Civil Action
                                        :        No. 12-10601-IT
v.
                                        :
BIOGEN IDEC INC.,
                                        :
            Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **JOINT PROPOSED AGENDA FOR AUGUST 29, 2019 STATUS CONFERENCE**

      Relator Michael Bawduniak and Defendant Biogen Inc. propose the following topics for the scheduled August 29, 2019 status conference:

1. Oral argument on briefed pending motions:

    a. Biogen Inc.'s Motion to Compel Production Of Witness Statements (ECF # 261).

    b. Relator's Motion to Partially Quash Defendant's Non-Party Subpoenas Issued To Abbott Laboratories, Alexion Pharmaceuticals, Inc., Biomarin Pharmaceuticals, Inc., Genzyme Corporation, and Jazz Pharmaceuticals Inc. (ECF # 278).

2. Logistical questions for the Court in connection with anticipated motions to compel answers to interrogatories.

Dated: August 28, 2019

/s/ Thomas M. Greene
Thomas M. Greene (BBO #210020)
Michael Tabb (BBO# 491310)
Tucker D. Greene (BBO # 682943)
GREENE LLP
One Liberty Square, Suite 1200
Boston, MA 02109
(617) 261-0040
tgreene@greenellp.com
matabb@greenellp.com
tucker.greene@greenellp.com

*Counsel for Relator-Plaintiff Michael Bawduniak*

Respectfully submitted,

/s/ Michael K. Loucks
Michael K. Loucks (BBO #305520)
Maya P. Florence (BBO #661628)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.loucks@skadden.com
maya.florence@skadden.com

Noelle M. Reed
(*Admitted Pro Hac Vice*)
Daniel S. Mayerfeld
(*Admitted Pro Hac Vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas  77002
(713) 655-5122
noelle.reed@skadden.com
daniel.mayerfeld@skadden.com

*Counsel for Defendant Biogen Inc.*