UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>               Plaintiff-Relator,<br><br>v.<br><br>BIOGEN IDEC INC.,<br><br>               Defendant. | Civil Action<br>No. 12-10601-IT |

## BIOGEN'S RESPONSE TO GENZYME'S MOTION TO CONTINUE HEARING

Biogen responds to Nonparty Genzyme Corporation's Motion to Continue Hearing on Biogen Inc.'s Motion to Compel Genzyme Corp. to Comply with Subpoena Requests 9 & 15 to October 7, 2019 (the "Motion to Continue") (ECF No. 326) as follows:

1.  Biogen served Genzyme with the Subpoena on June 14, 2019.

2.  Genzyme's counsel attended the August 2, 2019 status conference. At that status conference, the parties discussed setting forthcoming motions to compel for hearing at the September status conference, which was then scheduled for September 18. On August 8, 2019, this Court moved the status conference to September 27 and set Biogen's Motion to Compel for hearing at the September 27, 2019 conference. See ECF Nos. 271, 277.

3.  Before the August 29 status conference, Genzyme filed a letter with this Court asking that the Court postpone consideration of Relator's motion to quash Biogen's subpoena to Genzyme "until any motions to compel that Biogen may file are fully briefed." ECF No. 283. The Court denied that request, in accordance with the Court's consistent guidance to the parties to avoid further discovery delays. See ECF No. 325-2, Conf. Tr. at 29:15-18. Counsel for Genzyme attended the August 29 status conference, where the Court discussed the September 27 hearing.

4.      Although Genzyme's lawyers now state that they cannot attend the September 27 Status Conference due to previously planned travel, Genzyme's counsel made no mention of a conflict until after Biogen filed its Motion to Compel (which was preceded by discovery conferences between counsel during which no conflict was mentioned).  In the Motion to Continue, Genzyme does not identify the nature of the conflict, when it arose, or why it is a compelling basis to reschedule this long-standing hearing date.

5.      If granted, Genzyme's Motion to Continue would further delay resolution of the pending dispute until well after September 27.  The Court set the September date in order to resolve all remaining document discovery issues so that depositions may begin promptly.  It is important that Biogen's counsel receive documents responsive to Requests 9 and 15 (respectively, Relator's statements about Biogen and Relator's Personnel Record) sufficiently in advance of depositions.

6.      Additionally, Genzyme has not stated when it anticipates completing its document production.  This is likely to result in further delay.  While Biogen has no interest in unnecessarily inconveniencing counsel, the unique circumstances here argue against any further delay.

Dated:  September 23, 2019

Respectfully submitted,

/s/ Paul M. Kessimian
Paul M. Kessimian (BBO #660306)
Christian R. Jenner (BBO#669255)
PARTRIDGE SNOW & HAHN LLP
30 Federal Street, 7th Floor
Boston, Massachusetts 02110
Tel: 617-292-7900
Fax: 617-292-7910
pkessimian@psh.com
cjenner@psh.com

*Counsel for Biogen Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants, if any, on September 23, 2019.

3645780.4/15292-4

/s/ Paul M. Kessimian