# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK, <br>                        Plaintiff-Relator, <br> v. <br> BIOGEN IDEC INC., <br>                        Defendant. | Civil Action <br> No. 12-10601-IT |

## STIPULATION ON BIOGEN INC.'S MOTION TO COMPEL NON-PARTY GENZYME CORP. TO COMPLY WITH SUBPOENA REQUESTS 9 AND 15

WHEREAS, on October 28, 2019, the Court entered an order (ECF No. 372) allowing in part and denying in part Biogen Inc.'s Motion to Compel Non-Party Genzyme Corp. to Comply with Subpoena Requests 9 and 15 (ECF No. 312);

WHEREAS, the Court ordered Genzyme "to comply with Request 9 of Biogen's subpoena consistent with the parameters Genzyme proposed in its Partial Opposition [ECF No. 324], as modified during the hearing" and, at the hearing, the Court directed the parties to propose written modifications as a proposed order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Biogen and Genzyme, that in response to Request No. 9 of Biogen's subpoena to Genzyme, Genzyme will produce only documents from Mr. Bawduniak's Genzyme email that concern:

1. Mr. Bawduniak's work at Biogen;

2. Information that Mr. Bawduniak has concerning Biogen, its conduct, its products, or its practices relating only to the period between January 1, 2009, and March 18, 2014; and/or

3. Mr. Bawduniak's lawsuit against Biogen.

EAST\170087748.1

| BIOGEN INC. | GENZYME CORPORATION |
| --- | --- |
| By Its Attorneys, | By Its Attorneys, |
| /s/ Paul M. Kessimian | /s/ Robert P. Sherman |
| Paul M. Kessimian (BBO #660306) | Robert P. Sherman (BBO #458540) |
| Christian R. Jenner (BBO #669255) | Eric P. Christofferson (BBO #654087) |
| PARTRIDGE SNOW & HAHN LLP | Jennifer C. Brown (BBO #681442) |
| 30 Federal Street, 7th Floor | DLA PIPER LLP (US) |
| Boston, MA 02110 | 33 Arch Street, 26th Floor |
| (617) 292-7900 | Boston, MA 02110-1447 |
| pkessimian@psh.com | (617) 406-6000 |
| cjenner@psh.com | robert.sherman@dlapiper.com |
| | eric.christofferson@dlapiper.com |
| | jennifer.brown@dlapiper.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November 6, 2019

_/s/ Indira Talwani_
HON. INDIRA TALWANI
UNITED STATES DISTRICT JUDGE