UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA, *et al.*, :
*ex rel.* MICHAEL BAWDUNIAK,
                                                :
        Plaintiff-Relator,     Civil Action
                                      :     No. 12-10601-IT
v.
                                               :
BIOGEN IDEC INC.,
                                               :
        Defendant.
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## **ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL FOR BIOGEN INC.**

Pursuant to Rule 83.5.2(c), Noelle M. Reed, Michael K. Loucks, Maya P. Florence, Daniel S. Mayerfeld, and Abra C. Bron (collectively, the "Skadden Attorneys"), and the law firm of Skadden, Arps, Slate, Meagher & Flom LLP hereby move to withdraw as counsel of record for Defendant Biogen Inc. ("Biogen").

As grounds for this motion, undersigned counsel state as follows:

1.      Biogen has retained the firm of Cravath, Swaine & Moore LLP ("Cravath") to provide alternate counsel. On November 13, 2019, attorneys Evan R. Chesler, Rachel G. Skaistis, and Michael P. Addis of Cravath were granted leave to appear *pro hac vice* before this Court to represent Biogen.

2.      The Skadden Attorneys have conferred with Cravath regarding the status of this case.

WHEREFORE, the Skadden Attorneys and the law firm of Skadden, Arps, Slate, Meagher & Flom LLP respectfully request that the Court enter an Order granting them leave to withdraw as counsel for Biogen.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certifies that counsel for Biogen has conferred with counsel for the Relator and Counsel for the Relator indicated that they would not oppose this motion.

Dated: November 20, 2019
      Boston, Massachusetts

Respectfully submitted,

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
Maya P. Florence (BBO #661628)
Abra C. Bron  (BBO #677105)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
michael.loucks@skadden.com
maya.florence@skadden.com
abra.bron@skadden.com

Noelle M. Reed (*pro hac vice*)
Daniel S. Mayerfeld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
(713) 655-5100
noelle.reed@skadden.com
daniel.mayerfeld@skadden.com