UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>      Plaintiff-Relator,<br><br>vs.<br><br>BIOGEN IDEC INC.,<br><br>      Defendant. | Civil Action No. 12-10601-IT |

**PARTIES' JOINT STATEMENT REGARDING**
**APRIL 2, 2020 STATUS CONFERENCE**

    Pursuant to the Court's guidance, Defendant Biogen Inc. ("Biogen") and Relator Michael Bawduniak ("Relator," and, together with Biogen, the "Parties") have met and conferred regarding the necessity for the April 2, 2020 status conference. In light of the COVID-19 pandemic, Relator's counsel's upcoming trials, and the remaining depositions, the Parties have submitted a Joint Motion to Amend the Scheduling Order. If the Court grants the pending Joint Motion, the Parties agree that the April 2, 2020 status conference is not necessary because the Parties do not currently have any discovery issues in dispute. Accordingly, the Parties respectfully request that the Court cancel the conference. If the Court has any questions about the requested extension, or has any other issues it would like to raise, the parties are available for the scheduled hearing at 2:15 PM on April 2 via telephone.

Dated: March 30, 2020

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By  */s/ Thomas M. Greene*_____ | By  */s/ Kirsten V. Mayer*_____ |
| Thomas M. Greene (BBO #210020) | Kirsten V. Mayer |
| Michael Tabb (BBO #491310) | |
| One Liberty Square, Suite 1200 | Prudential Tower |
| Boston, MA 02109 | 800 Boylston Street |
| (617) 261-0040 | Boston, MA 02199-3600 |
| tgreene@greenellp.com | (617) 474-1000 |
| matabb@greenellp.com | kirsten.mayer@ropesgray.com |

*Counsel for Relator-Plaintiff Michael Bawduniak, on behalf of the United States of America; State of California; State of Connecticut; State of Georgia; State of Illinois; Commonwealth of Massachusetts; State of New Jersey; State of New York; State of North Carolina; State of Tennessee; State of Texas; and State of Wisconsin*

Evan R. Chesler (admitted *pro hac vice*)
Rachel G. Skaistis (admitted *pro hac vice*)
Michael P. Addis (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
echesler@cravath.com

*Counsel for Defendant Biogen Inc.*