# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK, <br>            Plaintiff-Relator, <br><br> vs. <br><br> BIOGEN IDEC INC., <br><br>            Defendant. | Civil Action No. 12-10601-IT |

## THE PARTIES' JOINT STATEMENT REGARDING THE AUGUST 27, 2020 STATUS CONFERENCE

Relator Michael Bawduniak and Defendant Biogen Inc. ("Biogen", and, together with Relator, the "Parties") have met and conferred regarding the necessity of the status conference currently scheduled for August 27, 2020. There is no dispute between the Parties that is currently ripe for resolution by the Court.

Relator, however, has requested that the period for fact discovery be extended for six weeks, until October 30, 2020, that the number of depositions be increased by two, and that the number of deposition days be increased from 23 seven-hour deposition days to 27 seven-hour days. Relator has filed a motion for such an extension, which Biogen does not oppose. If the Court is willing to grant the motion, the parties believe that there are no issues that need to be discussed at the August 27, 2020 status conference. The Parties, of course, will be available to discuss the requested extension by telephone if the Court desires the status conference to go forward.

The Court should be aware that there is a dispute between the Parties as to whether the deposition of Amy Zahler, a former Biogen compliance officer, should go beyond seven hours. Relator is planning to file a motion to seek a second day of Ms. Zahler's testimony in time for the motion to be fully briefed by September 21, 2020, the next status conference in this case. If the Court is not inclined to extend fact discovery to October 30, 2020, the parties request that the Court set a briefing schedule so the matter can be decided prior to September 18, 2020, the fact discovery deadline.

Dated: August 26, 2020

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By */s/ Thomas M. Greene* <br> Thomas M. Greene (BBO #210020) <br> Michael Tabb (BBO #491310) <br> One Liberty Square, Suite 1200 <br> Boston, MA 02109 <br> (617) 261-0040 <br> tgreene@greenellp.com <br> matabb@greenellp.com <br><br> *Counsel for Relator-Plaintiff Michael Bawduniak, on behalf of the United States of America; State of California; State of Connecticut; State of Georgia; State of Illinois; Commonwealth of Massachusetts; State of New Jersey; State of New York; State of North Carolina; State of Tennessee; State of Texas; and State of Wisconsin* | By */s/ Kirsten Mayer* <br>         Kirsten V. Mayer <br><br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> (617) 474-1000 <br> kirsten.mayer@ropesgray.com <br><br> Evan R. Chesler (admitted *pro hac vice*) <br> Rachel G. Skaistis (admitted *pro hac vice*) <br> Michael P. Addis (admitted *pro hac vice*) <br> CRAVATH, SWAINE & MOORE LLP <br> Worldwide Plaza <br> 825 Eighth Avenue <br> New York, New York 10019 <br> (212) 474-1000 <br> echesler@cravath.com <br><br> *Counsel for Defendant Biogen Inc.* |