UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>                    Plaintiff-Relator,<br><br>vs.<br><br>BIOGEN IDEC INC.,<br><br>                    Defendant. | Civil Action No. 12-10601-IT |

**THE PARTIES' JOINT STATEMENT REGARDING
THE COURT'S NOVEMBER 4, 2020 ORDER**

Pursuant to the Court's order at the November 4, 2020 status conference (see ECF No. 462), Relator Michael Bawduniak and Defendant Biogen Inc. (together with Relator, the "Parties") have met and conferred regarding expert discovery and whether the Court's Third Amended Scheduling Order ("Scheduling Order", ECF No. 454) should be adjusted. The Scheduling Order currently provides that expert discovery shall be completed by July 27, 2021, and that any summary judgment motions shall be filed by August 26, 2021.

The Parties inform the Court that any potential summary judgment motions they may file may rely on expert testimony. As a result, the Parties do not believe the Third Amended Scheduling Order should be adjusted at this time. To the extent a party wishes to amend the Third Amended Scheduling Order, that party will make a timely request to the Court.

Dated: January 19, 2021

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By  /s/ Thomas M. Greene<br>Thomas M. Greene (BBO #210020)<br>Michael Tabb (BBO #491310)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040<br>tgreene@greenellp.com<br>matabb@greenellp.com<br><br>*Counsel for Relator-Plaintiff Michael Bawduniak, on behalf of the United States of America; State of California; State of Connecticut; State of Georgia; State of Illinois; Commonwealth of Massachusetts; State of New Jersey; State of New York; State of North Carolina; State of Tennessee; State of Texas; and State of Wisconsin* | By  /s/ Kirsten V. Mayer<br>     Kirsten V. Mayer<br><br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 474-1000<br>kirsten.mayer@ropesgray.com<br><br>Evan R. Chesler (admitted *pro hac vice*)<br>Rachel G. Skaistis (admitted *pro hac vice*)<br>Michael P. Addis (admitted *pro hac vice*)<br>Brittany L. Sukiennik (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br>echesler@cravath.com<br><br>*Counsel for Defendant Biogen Inc.* |