## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BIOGEN IDEC, INC.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 12-cv-10601-IT |

## **NOTICE OF APPEARANCE**

Please enter the appearance of William L. Roberts of Ropes & Gray LLP as counsel for Defendant Biogen Idec., Inc. in the above-captioned matter.

Date: June 14, 2021

Respectfully submitted,

/s/ *William L. Roberts*
William L. Roberts (BBO #: 679735)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
William.Roberts@ropesgray.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on June 14, 2021.

                                              /s/ *William L. Roberts*
                                              William L. Roberts