**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br>*ex rel.* MICHAEL BAWDUNIAK,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>BIOGEN IDEC, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 12-cv-10601-IT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kirsten V. Mayer of Ropes & Gray LLP as

counsel for Defendant Biogen Idec., Inc. in the above-captioned matter. Joshua S. Levy and

William L. Roberts of Ropes & Gray LLP will continue to represent Biogen Idec, Inc.

Respectfully submitted,

Date: June 14, 2021

/s/ *Kirsten V. Mayer*
Kirsten V. Mayer (BBO No. 641567)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Kirsten.Mayer@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on June 14, 2021.

/s/ *Kirsten V. Mayer*
Kirsten V. Mayer