UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>　　　　　　　　　Plaintiff-Relator,<br><br>vs.<br><br>BIOGEN IDEC INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 12-10601-IT |

**STIPULATION AND [PROPOSED] ORDER REGARDING RELATOR'S
SUMMARY JUDGMENT-RELATED ARGUMENTS**

WHEREAS, Relator Michael Bawduniak ("Relator") has informed Defendant Biogen Inc. ("Biogen" and, together with Relator, the "Parties") that he intends to file a motion for partial summary judgment in the above-captured action (the "Action"), concerning, among other things, certain Affirmative Defenses set forth in Biogen's Answer and Affirmative Defenses to Relator's Third Amended Complaint ("Answer", ECF No. 188);

WHEREAS, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, the Parties have met and conferred and have attempted in good faith to resolve or narrow the issues to be addressed in Relator's contemplated partial summary judgment motion;

WHEREAS, in an effort to narrow the issues before the Court, Biogen has agreed that it does not intend to assert certain Affirmative Defenses and portions of Affirmative Defenses at trial in this Action, including because certain of those Affirmative Defenses are already preserved for appeal;

WHEREAS, the Parties wish to memorialize their agreement concerning Biogen's Affirmative Defenses in this Stipulation;

NOW, THEREFORE, by the agreement of the undersigned parties, it is ORDERED as follows:

1. Biogen does not intend to assert its First, Second, Third and Fourteenth Affirmative Defenses at trial in this Action.  These Affirmative Defenses are preserved for appeal in light of the Court's Memoranda and Orders concerning Biogen's Motions to Dismiss Relator's Third Amended Complaint.  (See ECF Nos. 166, 179.)

2. Regarding Biogen's Seventh Affirmative Defense, Biogen does not intend to argue at trial in this Action that, as a matter of law, Biogen cannot be liable under the False Claims Act because it did not itself directly submit claims to the Government.  Biogen otherwise expressly reserves all other rights and arguments concerning its Seventh Affirmative Defense.

3. Biogen does not intend to assert its Eleventh Affirmative Defense at trial in this Action as it relates to the standard Consultant Agreement that Biogen used to engage consultants for Consultant Programs prior to the version implemented on April 13, 2012.  Biogen otherwise expressly reserves all other rights and arguments concerning its Eleventh Affirmative Defense.

4. Biogen does not intend to assert its Fifteenth Affirmative Defense at trial in this Action.

5. Biogen does not intend to assert its Sixteenth Affirmative Defense at trial in this Action solely as it relates to the doctrines of laches and unclean hands.  Biogen otherwise expressly reserves all other rights and arguments concerning its Sixteenth Affirmative Defense.

6. Biogen does not intend to raise additional affirmative defenses at trial in this Action other than the Affirmative Defenses set forth in its Answer, subject to the agreements memorialized in this Stipulation.

7. This Stipulation concerns only the Affirmative Defenses and portions of Affirmative Defenses expressly listed herein and does not concern any other Affirmative Defenses set forth in Biogen's Answer, which are expressly preserved. Biogen further expressly reserves all rights to rebut at trial any of Relator's claims or arguments for which Relator bears the burden of proof in this Action.

*   *   *

STIPULATED AND AGREED BY:

Dated:  December 1, 2021

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By   /s/ Thomas Greene<br>Thomas M. Greene (BBO #210020)<br>Michael Tabb (BBO #491310)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040<br>tgreene@greenellp.com<br>matabb@greenellp.com | By   /s/ Aaron Katz<br>Aaron Katz<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 474-1000<br>aaron.katz@ropesgray.com |
| *Counsel for Relator-Plaintiff Michael Bawduniak, on behalf of the United States of America; State of California; State of Connecticut; State of Georgia; State of Illinois; Commonwealth of Massachusetts; State of New Jersey; State of New York; State of North Carolina; State of Tennessee; State of Texas; and State of Wisconsin* | Evan R. Chesler (admitted *pro hac vice*)<br>Rachel G. Skaistis (admitted *pro hac vice*)<br>Michael P. Addis (admitted *pro hac vice*)<br>Brittany L. Sukiennik (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br>echesler@cravath.com<br><br>*Counsel for Defendant Biogen Inc.* |

**IT IS SO ORDERED.**

Dated: _____, 2021

 

_____
INDIRA TALWANI
United States District Judge