UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> BIOGEN IDEC INC., <br><br> Defendant. | Civil Action No. 12-10601-IT |

**THE PARTIES' JOINT MOTION TO AMEND THE COURT'S
PROCEDURAL ORDER RE: PRETRIAL/TRIAL**

Relator Michael Bawduniak and Defendant Biogen Inc. ("Biogen" and, together with Relator, the "Parties") hereby jointly move to amend the deadlines for the Parties' deposition designations and trial briefs in the Court's current Procedural Order Re: Pretrial/Trial (Doc No. 548).

As grounds for this motion, the Parties state as follows:

1. On April 20, 2022, the Court issued a Procedural Order Re: Pretrial/Trial setting out a pre-trial schedule. ("Pretrial Order," Doc. No. 548.)

2. On April 28, 2022, the Court amended the deadline for deposition designations, objections and counter-designations in the Pretrial Order to June 21, 2022. (Doc. No. 559.)

3. The Parties have agreed that extending the schedule for deposition designations and trial briefs is appropriate in light of delayed responses from witnesses concerning their availability for trial and attorney scheduling constraints. The Parties therefore jointly propose the following amended schedule:

      (a)      Any deposition designations, objections and counter-designations shall be filed no later than June 28, 2022.

      (b)      Both Parties' trial briefs shall be filed no later than June 28, 2022.

      4.      WHEREFORE, the Parties respectfully request that the Court enter the attached Proposed Amended Procedural Order Re: Pretrial/Trial, which amends the deadlines for deposition designations and trial briefs set forth in the Pretrial Order and the Court's April 28 Order.

Dated:  June 15, 2022

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By  /s/ Thomas M. Greene<br>Thomas M. Greene (BBO #210020)<br>Michael Tabb (BBO #491310)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040<br>tgreene@greenellp.com<br>matabb@greenellp.com<br><br>*Counsel for Relator Michael Bawduniak* | By  /s/ Aaron M. Katz<br>Aaron M. Katz<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7000<br>aaron.katz@ropesgray.com<br><br>Evan R. Chesler (admitted *pro hac vice*)<br>Rachel G. Skaistis (admitted *pro hac vice*)<br>Michael P. Addis (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br>echesler@cravath.com<br><br>*Counsel for Defendant Biogen Inc.* |