UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK, <br><br>        Plaintiff-Relator, <br><br>vs. <br><br>BIOGEN IDEC INC., <br><br>        Defendant. | Civil Action No. 12-10601-IT |

**NOTICE OF SETTLEMENT IN PRINCIPLE**
**AND WITHDRAWAL OF REQUEST FOR JURY TRIAL**

Relator Michael Bawduniak ("Relator") and Defendant Biogen Inc. ("Biogen" and together with Relator, the "Parties") jointly write to advise the Court that they have reached a settlement in principle in the above-captioned action (the "Action"). The Parties are in the process of finalizing settlement documents and expect to submit a Stipulation and Order of Settlement and Dismissal with Prejudice once they are completed.

In light of these developments, the Parties hereby withdraw their request for a jury trial in the Action.

1

Dated:  July 20, 2022
         Boston, Massachusetts

Respectfully submitted,

| GREENE LLP | ROPES & GRAY LLP |
|---|---|
| By  */s/ Thomas M. Greene*<br>Thomas M. Greene (BBO #210020)<br>Michael Tabb (BBO #491310)<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040<br>tgreene@greenellp.com<br>matabb@greenellp.com<br><br>*Counsel for Relator Michael Bawduniak* | By  */s/ Aaron M. Katz*<br>Aaron M. Katz (BBO #662457)<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7000<br>aaron.katz@ropesgray.com<br><br>Evan R. Chesler (admitted *pro hac vice*)<br>Rachel G. Skaistis (admitted *pro hac vice*)<br>Michael P. Addis (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br>echesler@cravath.com<br>rskaistis@cravath.com<br>maddis@cravath.com<br><br>*Counsel for Defendant Biogen Inc.* |