# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>      Plaintiff-Relator,<br><br>vs.<br><br>BIOGEN IDEC INC.,<br><br>      Defendant. | Civil Action No. 12-10601-IT |

**CONSENT TO DISMISSAL WITH PREJUDICE**

Pursuant to 31 U.S.C. § 3730(b)(1) and the Court's July 6, 2015 Order (Doc. No. 69), and in consideration of Biogen's payment of the Settlement Amount required by the Stipulation and Order of Settlement between Relator Michael Bawduniak and Defendant Biogen Inc. filed on [DATE] (Doc. No. __), the United States hereby informs the Court of its consent to (a) the dismissal of this action with prejudice, including as to the United States, and including all claims for the Covered Conduct against Biogen on behalf of the United States; and (b) to the entry by the Court of the Order for Dismissal with Prejudice in the form attached as Exhibit B to the Stipulation and Order of Settlement.

The States of California, Connecticut, Georgia, Illinois, Massachusetts, New Jersey, New York, North Carolina, Tennessee, Texas and Wisconsin (the "States"), pursuant to state analogs of 31 U.S.C. § 3730(b)(1) or otherwise, and in consideration of Biogen's payment of the Settlement Amount required by the Stipulation and Order of Settlement between Relator Michael Bawduniak and Defendant Biogen Inc. filed on [DATE] (Doc. No. __), also hereby inform the Court of their consent to (a) the dismissal of this action with prejudice, including as to the States, and including all claims for the

Covered Conduct against Biogen on behalf of the States; and (b) the entry by the Court of the Order for Dismissal with Prejudice in the form attached as Exhibit B to the Stipulation and Order of Settlement.

The States of Florida, Michigan, Minnesota and Washington (the "Additional States"), pursuant to state analogs of 31 U.S.C. § 3730(b)(1), also hereby inform the Court that they agree that the Covered Conduct as that term is defined in the Stipulation and Order of Settlement includes the claims of the Additional States as if they had not been dismissed from this action, and that they consent to: (a) the dismissal of this action with prejudice, including as to the Additional States, and including all claims for the Covered Conduct against Biogen on behalf of the Additional States; and (b) the entry by the Court of the Order for Dismissal with Prejudice in the form attached as Exhibit B to the Stipulation and Order of Settlement.

Dated:  [●]

Respectfully submitted,

| | |
|---|---|
| By  */s/ [DRAFT]*  <br>[●]  <br><br>*Counsel for The United States of America* | By  */s/ [DRAFT]*  <br>[●]  <br><br>*Counsel for The State of [●] and on behalf of and at the request of the States of [●]* |