# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK, <br><br> Plaintiff-Relator, <br><br> vs. <br><br> BIOGEN IDEC INC., <br><br> Defendant. | Civil Action No. 12-10601-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), and in accordance with the previously filed Stipulation and Order of Settlement (Doc. No. [●]) and Consent to Dismissal with Prejudice (Doc. No. [●]), Relator Michael Bawduniak ("Relator") and Defendant Biogen Inc. ("Biogen"), hereby stipulate, through their undersigned counsel, to the entry of the attached Proposed Order dismissing this action with prejudice, including as to Relator, the United States, and the states of California, Connecticut, Florida, Georgia, Illinois, Massachusetts, Michigan, Minnesota, New Jersey, New York, North Carolina, Tennessee, Texas, Washington and Wisconsin.

The Court shall retain jurisdiction to adjudicate, if necessary, Relator's claims to a share of the proceeds of this action, and fees and costs, pursuant to 31 U.S.C. § 3730(d).

Dated: [●]
       Boston, Massachusetts

Respectfully submitted,

| | |
|---|---|
| By   */s/ [DRAFT]*<br>Thomas M. Greene (BBO #210020)<br>Michael Tabb (BBO #491310)<br>GREENE LLP<br>One Liberty Square, Suite 1200<br>Boston, MA 02109<br>(617) 261-0040<br>tgreene@greenellp.com<br>matabb@greenellp.com<br><br>*Counsel for Relator Michael Bawduniak* | By   */s/ [DRAFT]*<br>Aaron M. Katz (BBO #662457)<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>(617) 951-7000<br>aaron.katz@ropesgray.com<br><br>Evan R. Chesler (admitted *pro hac vice*)<br>Rachel G. Skaistis (admitted *pro hac vice*)<br>Michael P. Addis (admitted *pro hac vice*)<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br>echesler@cravath.com<br><br>*Counsel for Defendant Biogen Inc.* |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* MICHAEL BAWDUNIAK,<br><br>                 Plaintiff-Relator,<br><br>vs.<br><br>BIOGEN IDEC INC.,<br><br>                 Defendant. | Civil Action No. 12-10601-IT |

## **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice entered by Relator Michael Bawduniak ("Relator") and Defendant Biogen Inc. ("Biogen"), together with the Consent to Dismissal with Prejudice entered by the United States, the states of California, Connecticut, Florida, Georgia, Illinois, Massachusetts, Michigan, Minnesota, New Jersey, New York, North Carolina, Tennessee, Texas, Washington, and Wisconsin (Doc. No. [●]), and for good cause shown, it is hereby ORDERED as follows:

1. This action is dismissed in its entirety with prejudice, including as to Relator, the United States, and the states of California, Connecticut, Florida, Georgia, Illinois, Massachusetts, Michigan, Minnesota, New Jersey, New York, North Carolina, Tennessee, Texas, Washington, and Wisconsin;

2. The Court shall retain jurisdiction to adjudicate, if necessary, Relator's claims to a share of the proceeds of this action, and fees and costs, pursuant to 31 U.S.C. § 3730(d).

Signed on this ____ day of _____, 2022.

                                                         _____
                                                         Honorable Indira Talwani
                                                         District Judge
                                                         United States District Court