UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>*ex rel.* MICHAEL BAWDUNIAK,<br><br>      Plaintiff-Relator,<br><br>  vs.<br><br>BIOGEN IDEC INC.,<br><br>      Defendant. | Civil Action No. 12-10601-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and 31

U.S.C. § 3730(b)(1), and in accordance with the previously filed Stipulation and Order of

Settlement (Doc. No. 624) and Consent to Dismissal with Prejudice (Doc. No. 625),

Relator Michael Bawduniak ("Relator") and Defendant Biogen Inc. ("Biogen"), hereby

stipulate, through their undersigned counsel, to the entry of the attached Proposed Order

dismissing this action with prejudice, including as to Relator, the United States, and the

states of California, Connecticut, Florida, Georgia, Illinois, Massachusetts, Michigan,

Minnesota, New Jersey, New York, North Carolina, Tennessee, Texas, Washington and

Wisconsin.

The Court shall retain jurisdiction to adjudicate, if necessary, Relator's claims to a

share of the proceeds of this action, and fees and costs, pursuant to 31 U.S.C. § 3730(d).

Dated:  October 24, 2022
        Boston, Massachusetts

Respectfully submitted,


By  */s/ Thomas M. Greene*                  By     */s/ Evan R. Chesler*
Thomas M. Greene (BBO #210020)              Evan R. Chesler (admitted *pro hac vice*)
Michael Tabb (BBO #491310)                  Rachel G. Skaistis (admitted *pro hac vice*)
GREENE LLP                                  Michael P. Addis (admitted *pro hac vice*)
One Liberty Square, Suite 1200              CRAVATH, SWAINE & MOORE LLP
Boston, MA 02109                            Worldwide Plaza
(617) 261-0040                              825 Eighth Avenue
tgreene@greenellp.com                       New York, NY 10019
matabb@greenellp.com                        (212) 474-1000
                                            echesler@cravath.com
                                            rskaistis@cravath.com
                                            maddis@cravath.com


*Counsel for Relator Michael Bawduniak*          *Counsel for Defendant Biogen Inc.*